Jennifer N. Lutz, Esq., Bar No. 190460
Jenna H. Leyton-Jones, Esq., Bar No. 254357
**PETTIT KOHN INGRASSIA & LUTZ PC**
11622 El Camino Real, Suite 300
San Diego, CA 92130
Telephone:  (858) 755-8500
Facsimile:  (858) 755-8504
E-mail:  jlutz@pettitkohn.com
         jleyton@pettitkohn.com

Attorneys for Defendants
**CLASSIC RESIDENCE MANAGEMENT LIMITED PARTNERSHIP and CC-PALO ALTO, INC. (Erroneously sued as CC-PALO ALTO, INC. D/B/A VI AT PALO ALTO)**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| STACY GUTHMANN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CC-PALO ALTO, INC. D/B/A VI AT PALO ALTO, a Delaware corporation; CLASSIC RESIDENCE MANAGEMENT LIMITED PARTNERSHIP, an Illinois partnership; and DOES 1 through 10,<br><br>Defendants. | CASE NO.:  16-cv-2680<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>Courtroom:<br>District Judge:<br>Magistrate Judge:<br>Complaint Filed:  April 14, 2016<br>Trial Date: |

TO THE CLERK OF THE ABOVE ENTITLED COURT, TO THE PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

The undersigned, counsel of record for Defendants CLASSIC RESIDENCE MANAGEMENT LIMITED PARTNERSHIP and CC-PALO ALTO, INC. (Erroneously sued as CC-PALO ALTO, INC. D/B/A VI AT PALO ALTO) certify that the following listed parties are those which they are aware have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualifications or recusal.

| PARTY | RELATIONSHIP TO SUIT |
|---|---|
| STACY GUTHMANN | Plaintiff |
| CLASSIC RESIDENCE MANAGEMENT LIMITED PARTNERSHIP | Defendant |
| CC-PALO ALTO, INC. | Defendant |

**PETTIT KOHN INGRASSIA & LUTZ PC**

Dated: May 18, 2016    By:    s/ Jenna H. Leyton-Jones
                               Jennifer N. Lutz, Esq.
                               Jenna H. Leyton-Jones, Esq.
                               Attorneys for Defendants
                               **CLASSIC RESIDENCE MANAGEMENT LIMITED PARTNERSHIP and CC-PALO ALTO, INC. (Erroneously sued as CC-PALO ALTO, INC. D/B/A VI AT PALO ALTO)**
                               jlutz@pettitkohn.com
                               jleyton@pettitkohn.com

## CERTIFICATE OF SERVICE

I hereby certify that the following document(s):

**NOTICE OF INTERESTED PARTIES**

was/were served on this date to counsel of record:

[X]  **BY MAIL:** By placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address(es) listed below.

[ ]  **BY E-MAIL DELIVERY:** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I sent the above document(s) to the person(s) at the e-mail address(es) listed below. I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]  **BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of this filing to the person(s) listed below.

| | |
|---|---|
| Peter C. McMahon, Esq.<br>Margaret M. Widlund, Esq.<br>McMAHON SEREPCA LLP<br>985 Insudtrial Road, Suite 201<br>San Carlos, CA 94070-4157<br>Tel: (650) 637-0600<br>Fax: (650) 637-0700<br>**Attorney for Plaintiff**<br>**STACY GUTHMANN** | Paul J. Smoot, Esq.<br>Erica C. Gonzalez, Esq.<br>LAW OFFICES OF PAUL J. SMOOT<br>1720 S. Amphlett Blvd., Suite 104<br>San Mateo, CA 94402-2721<br>Tel: (650) 548-0900<br>Fax: (650) 548-0901<br>**Attorneys for Plaintiff**<br>**STACY GUTHMANN** |

Executed on May 18, 2016, at San Diego, California.

_Kimberly Wood_
Kimberly Wood

2224-2001