UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STACY GUTHMANN,<br><br>Plaintiff,<br><br>v.<br><br>CC-PALO ALTO, INC. D/B/A VI AT PALO ALTO, et al.,<br><br>Defendants. | Case No. 5:16-cv-02680-LHK (HRL)<br><br>**SECOND INTERIM ORDER RE DISCOVERY DISPUTE JOINT REPORT NO. 2** |

In its May 10, 2017 Interim Order ("Interim Order") on Discovery Dispute Joint Report ("DDJR") #2, the court ordered defendants to file a new response to the 59 Requests for Production ("RFPs") indicating whether any responsive document has been withheld based on any objection, and, if so, explaining why the objection is well-founded. The defendants complied. For most of the RFPs, the defendants represented they had produced everything responsive and held nothing back based on objections. However, for a few of the RFPs, defendants stated they were withholding responsive documents and explained the basis for their objections. The Interim Order gave plaintiff 5 days to file a response.

No response has been filed. The court does not know if that means the discovery dispute had been resolved, or not. Accordingly, within 5 days from the filing of this order, the parties shall submit a Supplemental DDJR #2 advising the court what issues, if any, remain for the court's

consideration and giving each side's position on them. The court may then, if warranted, schedule a hearing.

SO ORDERED.

Dated: May 31, 2017

_____
HOWARD R. LLOYD
United States Magistrate Judge

5:16-cv-02680-LHK Notice has been electronically mailed to:

Erica Christina Gonzalez     ecg@smootpc.com

Jenna Heather Leyton-Jones     jleyton@pettitkohn.com, vbrowne@pettitkohn.com

Jennifer Nicole Lutz     jlutz@pettitkohn.com, kwood@pettitkohn.com

Kendra Lin Orr     kendra@msllp.com

Paul Joseph Smoot     pjs@smootpc.com, ecg@smootpc.com

Peter Collins McMahon     peter@msllp.com, kendra@msllp.com